No. 77–5012. WILLIS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–5013. RODRIGUEZ v. WALLENSTEIN. C. A. 7th Cir. Certiorari denied.

No. 77–5015. LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5017. FLEETWOOD v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5023. LEE v. THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 77–5024. GOODSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77–5027. OGROD v. OGROD. C. A. 3d Cir. Certiorari denied.

No. 77–5030. VERDUGO v. INDUSTRIAL COMMISSION OF ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 77–5032. McFERRAN v. BOARD OF EDUCATION FOR THE ENLARGED CITY SCHOOL DISTRICT OF TROY, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–5035. CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5038. LINDEN v. SCHWARTZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–5039. CHATMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5040. KRAMER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5041. CRAFT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.